# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**FILED**

UNITED STATES OF AMERICA

JUDGMENT IN A CRIMINAL CASE

(For Revocation of Probation or Supervised Release)

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

CASE NUMBER: 3:08-cr-165-J-16JRK
USM NUMBER: 32373-018

v.

HEATHER RENEE KEEN

Defendant's Attorney: James Hernandez

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1 - 6__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Leaving the Scene of an Accident | April 4, 2009 |
| 2 | Knowingly Operating a Motion Vehicle with a Driver's Lecense Suspended/Revoked | April 4, 2009 |
| 3 | Failure to Answer Truthfully | March 18, 2009 |
| 4 | Positive Urinalysis of Oxycodone | March 4, 2009 |
| 5 | Positive Urinalysis of Oxycodone | March 23, 2009 |
| 6 | Failure to Submit to Urinalysis | March 31, 2009 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: May 28, 2009

JOHN H. MOORE II
UNITED STATES DISTRICT JUDGE

DATE: May 28, 2009

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: HEATHER RENEE KEEN | Judgment - Page 2 of 4 |
| Case No.: 3:08-cr-165-J-16JRK | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: eight (8) months to run consecutively with the Defendant's terms of imprisonment already imposed to as yet to be imposed in any future sentence in Docket Numbers: 2009CT8443MA, 2009CT8443MA, Duval County Court.

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

X\_\_\_ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m.  p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| | | |
|---|---|---|
| Defendant: HEATHER RENEE KEEN | | Judgment - Page 3 of 4 |
| Case No.: 3:08-cr-165-J-16JRK | | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS:** | $ | $ | $767.48 |

\_\_\_\_ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

__X__ The defendant shall make restitution (including community restitution) to the payees and in the amount listed in the original Judgment.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. §3664(i), all non-federal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| as specified in original judgment | | | |
| **TOTALS:** | $ | $ | |

\_\_\_\_ Restitution amount ordered pursuant to plea agreement $_____

\_\_\_\_ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

\_\_\_\_ The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

\_\_\_\_ the interest requirement is waived for the \_\_\_\_ fine \_\_\_\_ restitution.

\_\_\_\_ the interest requirement for the \_\_\_\_ fine \_\_\_\_ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Defendant: HEATHER RENEE KEEN  Judgment - Page 4 of 4
Case No.: 3:08-cr-165-J-16JRK

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A. ___ Lump sum payment of $ __ due immediately, balance due

       ___ not later than _____, or

       ___ in accordance ___ C, ___ D, ___ E or ___ F below; or

B. _X_ Payment to begin immediately (may be combined with C, D, or F below); or

C. ___ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of _____ (e.g., months or years), to commence _____ days (e.g., 30 or 60 days) after the date of this judgment; or

D. ___ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of _____, (e.g., months or years) to commence _____ ___ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E. ___ Payment during the term of supervised release will commence within _____ ___ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F. ___ Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

_X_ Joint and Several with co-Defendant, Heather Renee Keen.

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

_ The defendant shall pay the cost of prosecution.

_ The defendant shall pay the following court cost(s):

_ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.